UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IMMIGRATION LAW GROUP, LLP, and <br> VISA LAW GROUP, L.L.C., <br>       Plaintiffs, <br> vs. <br> DANNA MCKITRICK, P.C., et al., <br>       Defendants. | Case No. 4:03CV01226 RWS |

## JUDGMENT

Pursuant to the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants are granted a judgment in their favor over Plaintiffs' claims in this matter.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2006.